UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETRIUS COLEMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>26 MOTORS CORP.; and JPMORGAN CHASE BANK, N.A.,<br><br>*Defendants.* | Civil Action No.: 21-cv-10537-LGS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Henry Cooper Ellenberg, II, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Demetrius Coleman, the Plaintiff, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Alabama and Mississippi and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 21, 2023

/s/ H. Cooper Ellenberg
H. Cooper Ellenberg
80 Broad Street
Suite 3103
New York, NY 10004
T:  212-500-6114
F:  646-612-7996
E: hellenberg@consumerprotection.net

*Counsel for Plaintiff*