UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETRIUS COLEMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>26 MOTORS CORP.; and JPMORGAN CHASE BANK, N.A.,<br><br>*Defendants.* | Civil Action No.: 21-cv-10537-LGS<br><br>**AFFIDAVIT IN SUPPORT OF**<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

1. I am an attorney with the Schlanger Law Group, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Alabama and Mississippi.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney registration numbers:  Alabama – ASB-8752-R79E; Mississippi – 104721

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 21-cv-10537-LGS for the Plaintiff, Demetrius Coleman.

Dated: March 17, 2023

NOTARIZED

JACLYN P. OSTERLOF
NOTARY PUBLIC OF NEW JERSEY
Commission # 50156352
My Commission Expires 4/21/2026

Henry Cooper Ellenberg, II
80 Broad Street
Suite 1301
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: hellenberg@consumerprotection.net

*Counsel for Plaintiff*