# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3A**
**NEW YORK, N.Y. 10010**

H. NICHOLAS GOODMAN

PATRICK L. SELVEY, JR.

**(212) 227-9003**

CAMILLE M. ABATE
ROBERT P. PREUSS*
*OF COUNSEL*

DUANA RIVERA
*PARALEGAL*
*ALSO ADMITTED IN NEW JERSEY

April 11, 2023

*__Via ECF & Electronic Mail__*
Hon. J. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **Coleman v. 26 Motor Corp., et al.**
> **Case No. 1:21-CV-10537**

Dear Judge Schofield,

Further to my March 31, 2023, correspondence to Your Honor, last Thursday evening Plaintiff's counsel conveyed a new settlement demand followed by Defendants countering with a new settlement offer. To date, Plaintiff's counsel has not responded to Defendant's offer.

Yesterday, April 10, 2023, I emailed a Plaintiff's counsel a proposed a joint letter to Your Honor advising of the current status of negotiation. I have not received a response to same.

Accordingly, active settlement negotiations continue in this matter. On behalf of Defendants I am optimistic that shortly this case will either settle outright or that the parties will enter mediation on mutually agreed terms and that this case will not require a return to Your Honor's docket.

Thank you for your consideration of this matter and I will report any new developments.

Very truly yours,

H. Nicholas Goodman

cc: Cooper Ellenberg (via ECF)
    Daniel Schlanger (via ECF)