# Nicholas Goodman & Associates, PLLC

### 333 Park Avenue South, Suite 3A
### New York, N.Y. 10010

H. Nicholas Goodman
————
Patrick L. Selvey, Jr.

**(212) 227-9003**

Camille M. Abate
Robert P. Preuss*
*Of Counsel*

Duana Rivera
*Paralegal*
*Also admitted in New Jersey*

April 11, 2023

*Plaintiff's request at Dkt. No. 31 is denied without prejudice to renewal should the parties fail to reach an agreement.  So Ordered.*

*The Clerk of Court is respectfully directed to close the motion at Dkt. No. 31.*

*Dated: April 12, 2023*
*New York, New York*

**Lorna G. Schofield**
**United States District Judge**

**_Via ECF & Electronic Mail_**
Hon. J. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Coleman v. 26 Motor Corp., et al.**
**Case No. 1:21-CV-10537**

Dear Judge Schofield,

Further to my March 31, 2023, correspondence to Your Honor, last Thursday evening Plaintiff's counsel conveyed a new settlement demand followed by Defendants countering with a new settlement offer. To date, Plaintiff's counsel has not responded to Defendant's offer.

Yesterday, April 10, 2023, I emailed a Plaintiff's counsel a proposed a joint letter to Your Honor advising of the current status of negotiation. I have not received a response to same.

Accordingly, active settlement negotiations continue in this matter. On behalf of Defendants I am optimistic that shortly this case will either settle outright or that the parties will enter mediation on mutually agreed terms and that this case will not require a return to Your Honor's docket.

Thank you for your consideration of this matter and I will report any new developments.

Very truly yours,

H. Nicholas Goodman

cc: Cooper Ellenberg (via ECF)
     Daniel Schlanger (via ECF)