**SCHLANGER LAW GROUP LLP**

October 6, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court - S.D.N.Y.
500 Pearl Street
New York, New York 10007

    **Re:**    *Demetrius Coleman v. 26 Motors Corp, et al.*
    **Index:**    1:21-cv-10537-LGS

Your Honor:

    My firm is co-counsel to the Plaintiff in the above-referenced action. I write jointly with counsel for the Defendants, pursuant to the Court's September 29, 2023 Order, to advise that the parties agree to participate in settlement discussions before Judge James L. Cott.

    Respectfully,

    */s/H. Cooper Ellenberg*
    H. Cooper Ellenberg
    *Co-Counsel for Plaintiff*


    */s/ H. Nicholas Goodman*
    H. Nicholas Goodman
    *Attorney for Defendants*

cc: all counsel of record

**New York City:**
80 Broad Street, Suite 3103
New York, NY 10004

**Westchester County:**
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our Westchester address for all hard copy correspondence.*