UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEMETRIUS COLEMAN,

                               Plaintiff(s),           21 Civ. 10537 (LGS)

               -against-                            ORDER OF REFERENCE
                                                          TO A
26 MOTORS CORP., et al.,                             MAGISTRATE JUDGE

                             Defendant(s).
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. James L. Cott United States Magistrate Judge, for the following purpose(s):

___ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

___ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

___ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

___ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

___ HABEAS CORPUS

___ INQUEST AFTER DEFAULT / DAMAGES HEARING

___ SOCIAL SECURITY

_✔_ SETTLEMENT

___ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

___ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

_____

___ JURY SELECTION

SO ORDERED.

Dated: October 11, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.