**SCHLANGER LAW GROUP LLP**

November 27, 2023

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
U.S. District Court - S.D.N.Y.
500 Pearl Street
New York, New York 10007

    **Re:**    *Demetrius Coleman v. 26 Motors Corp, et al.*
    **Index:**  1:21-cv-10537-LGS

Your Honor:

    My firm is co-counsel to the Plaintiff in the above-referenced action. I write jointly with counsel for the Defendants, pursuant to the Court's Order directing the parties to provide mutually available dates of the parties for scheduling of the settlement conference. ECF No. 46.

    Plaintiff and Defendants are available on the following dates and times:

| | |
|---|---|
| December 5, 2023: | 10:00 a.m. – 5:00 p.m. |
| December 6, 2023: | 10:00 a.m. – 1:00 p.m. |
| December 13, 2023: | 10:00 a.m. – 5:00 p.m. |
| December 15, 2023: | 10:00 a.m. – 5:00 p.m. |
| December 18, 2-23: | 10:00 a.m. – 5:00 p.m. |

                                           Respectfully,

                                           */s/H. Cooper Ellenberg*
                                           H. Cooper Ellenberg
                                           *Co-Counsel for Plaintiff*

cc: all counsel of record

**New York City:**
80 Broad Street, Suite 3103
New York, NY 10004

**Westchester County:**
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our Westchester address for all hard copy correspondence.*