**SCHLANGER LAW GROUP LLP**

November 28, 2023

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
U.S. District Court - S.D.N.Y.
500 Pearl Street
New York, New York 10007

   **Re:**  *Demetrius Coleman v. 26 Motors Corp, et al.*
   **Index:** 1:21-cv-10537-LGS

Your Honor:

  My firm is co-counsel to the Plaintiff in the above-referenced action. I write jointly with counsel for the Defendants and in response to the Court's Orders of November 27, 2023 (ECF No. 48) and November 28, 2023 (ECF No. 49) concerning the settlement conference in this matter now scheduled for December 6, 2023, at 10am.

  As an initial matter, we apologize to the Court for the late submission of mutually available dates and for failing to specify whether a remote or in-person conference was requested. As I was the filer, I also apologize for my mistake in filing the submission as a letter rather than a letter motion.

  The parties intended to request a remote settlement conference and do now respectfully request that the conference be conducted remotely. The parties are able to attend remotely on December 6, 2023, but are unable to attend in-person on that date and I apologize for the error in failing to so state in the parties' previous filing. ECF No. 47.

  We thank Your Honor for consideration of this request.

           Respectfully,

           */s/H. Cooper Ellenberg*
           H. Cooper Ellenberg
           *Co-Counsel for Plaintiff*

cc: all counsel of record

**New York City:**
80 Broad Street, Suite 3103
New York, NY 10004

**Westchester County:**
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our Westchester address for all hard copy correspondence.*