**SCHLANGER LAW GROUP LLP**

February 21, 2024

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Judge
U.S. District Court - S.D.N.Y.
40 Foley Square
New York 10007

      **Re:**      *Coleman v. 26 Motors Corp*
      **Civil Action No.:**      1:21-cv-10537-LGS-JLC

Your Honor:

    My firm is counsel to Plaintiff in the above-referenced action. We write jointly with Defendants 26 Motors Corp and JP Morgan Chase Bank, N.A. to respectfully request a thirty (30) day extension of the deadline to submit an application to restore this action, from February 21, 2024 to March 22, 2024.

    The parties have reached a mutually acceptable settlement agreement and make this request in order to complete the last steps of finalizing the settlement.

    This is the second request for an extension of this deadline, and no other deadlines remain in the case.

    We thank Your Honor for consideration of this extension request.

                                    Respectfully,

                                    */s/H. Cooper. Ellenberg*
                                    H. Cooper Ellenberg

cc: all counsel of record (via ECF)

**New York City:**
80 Broad Street, Suite 3103
New York, NY 10004

**Harrison (Westchester), NY:**
600 Mamaroneck Ave., Suite 400
Harrison, NY 10528

**Rochester, NY:**
45 Exchange Blvd., Suite 600
Rochester, NY 14614

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our Westchester address for all hard copy correspondence.*