UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

DEMETRIUS COLEMAN,

*Plaintiff,*

v.

26 MOTORS CORP, JP MORGAN CHASE BANK, N.A.,

*Defendants.*

Civil Action No.: 1:21-cv-10537-LGS-JLC

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, counsel for Plaintiff and Defendants 26 Motors Corp and JPMorgan Chase Bank, N.A. ("Defendants"), hereby stipulate and agree as follows: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action with prejudice and without costs as against Defendants. The parties shall bear their own costs and fees, including attorneys' fees.

March 21, 2024

_____
H. Nicholas Goodman
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, NY 10010
T: 212-227-9003
E: ngoodman@ngoodmanlaw.com

_____
H. Cooper Ellenberg
Schlanger Law Group, LLP
80 Broad Street
Suite 3103
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: hellenberg@consumerprotection.net

1

Craig C. Marchiando
Consumer Litigation Associates, P.C.
J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
T: (757) 930-3660
E: craig@clalegal.com

*Attorney(s) for Plaintiff*

**SO ORDERED.**

_____
Hon. Lorna G. Schofield, U.S.D.J.